JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>EVELIN ITURBIDE, an individual, and LEONOR CRUZ, an individual,<br><br>                Defendants. | CASE NO.: 8:18-cv-01325-JLS-ADS<br><br>**FINAL JUDGMENT AND ORDER OF INTERPLEADER DISBURSEMENT** |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Default judgment is hereby entered against Defendant Evelin Iturbide and she shall take nothing from the proceeds of the subject life insurance death benefits of $401,395.25 deposited into the registry of the Court on November 7, 2018, Receipt No. LA179798 (the "Funds");

2. From the Funds on deposit with the Court, Defendant Leonor Cruz is entitled to receive, and the Clerk shall disburse to her, Three Hundred Ninety-Six Thousand Three Hundred Ninety-Five Dollars and Twenty-Five Cents ($396,395.25), payable to "Interpleader Law, LLC IOLTA" and mailed to: William J. Perry, Interpleader Law, LLC, 9015 Bluebonnet Blvd., Baton Rouge, LA 70810;

3. Additionally, One Hundred Percent (100%) of all accrued interest on the deposited Funds shall be disbursed to Defendant Leonor Cruz, payable to "Interpleader Law, LLC IOLTA" and mailed to: William J. Perry, Interpleader Law, LLC, 9015 Bluebonnet Blvd., Baton Rouge, LA 70810;

4. Plaintiff The Prudential Insurance Company of America ("Prudential") is entitled to $5,000.00 from the Funds, as disbursed on March 21, 2019;

Prudential is discharged from any and all liability to Defendants Evelin Iturbide and Leonor Cruz (collectively, the "Adverse Claimants") relating in any way to Juan Iturbide's coverage under group life insurance policy number G-32000 (the "Plan"), which was issued by Prudential, through the Office of Servicemembers' Group Life Insurance, to the United States Department of Veterans Affairs pursuant to 38 U.S.C. 1965 *et seq.*, and/or the Funds;

The Adverse Claimants are permanently enjoined from making any further actual or implied claims, demands and causes of action, asserted or unasserted, express or implied, foreseen or unforeseen, real or imaginary, suspected or unsuspected, known or unknown, liquidated or unliquidated, of any kind or nature or description whatsoever, that the Adverse Claimants, jointly and severally, ever had, presently have, may have, or claim or assert to have, or hereinafter have, may have, or claim or assert to have, against Prudential with respect to the Funds and/or the Plan; and

4. Upon distribution of the Funds and interest as specified hereinabove, this matter shall be dismissed with prejudice.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

DATED: May 10, 2019

_____
The Honorable Josephine L. Staton
United States District Judge

**CC: FISCAL**